McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>JERRY CURTIS FOSTER,<br><br>                    Defendant. | CASE NO. 2:18-CR-00164-MCE<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1. Defendant Jerry Curtis Foster filed a motion for reduction in sentence and compassionate release on September 16, 2020. ECF No. 274. By prior order of the Court, the government's response is due on September 23, 2020, and any reply from the defense due September 30, 2020. ECF No. 275. Government counsel requests additional time to obtain records and draft the response brief.

2. Counsel for the defendant does not oppose this request.

///

///

///

///

///

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, ECF No. 274, be due on October 7, 2020; and

    b) The defense reply, if any, will be due on October 14, 2020.

IT IS SO STIPULATED.

Dated:  September 23, 2020

McGREGOR W. SCOTT
United States Attorney

*/s/ James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  September 23, 2020

/s/ *Etan Zaitsu*
ETAN ZAITSU
Counsel for Defendant

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a) The government's opposition or response to defendant's motion, ECF No. 274, be due on October 7, 2020;

    b) The defense reply, if any, will be due on October 14, 2020.

IT IS SO ORDERED.

Dated:  September 24, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE