Etan Zaitsu [SBN 287106]
Attorney-at-Law

Zaitsu Law
331 "J" Street, Suite 200
Sacramento, CA  95814
916.542.0270
etan@zaitsulaw.com

Attorneys for Defendant
JERRY FOSTER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-164-MCE |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO ALLOW SUPPLEMENTAL BRIEFING |
| JERRY CURTIS FOSTER, | |
| Defendant. | |

The parties agree and stipulate to the following:

1. On Septemebr 14, 2020, defendant Jerry Curtis Foster filed a Motion to Reduce Sentence ("Compassionate Release") pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Dkt. 270. The government filed its opposition on October 7, 2020. Dkt. 281. Defendant's reply was filed on October 15, 2020. Dkt. 284.

2. Since that time, defendant has been further evaluated by prison medical staff. The evaluation resulted in a new diagnosis and a prescription for medication.

3. Counsel for defendant believes the new diagnosis and medication is relevant to the defendant's compassionate release motion and defendant's Covid-19 vulnerabilities, and now seeks leave to file a supplemental brief on the matter.

///

///

4. By this stipulation, the parties agree additional time should be granted to allow the parties to file supplemental briefs based on the following schedule:

    a) Defendant's supplemental brief due November 18, 2020

    b) Government's response due November 25, 2020

IT IS SO STIPULATED.

Dated: October 28, 2020      By: *Etan Zaitsu*
                                                 ETAN ZAITSU
                                                 Counsel for Defendant
                                                 JERRY CURTIS FOSTER

Dated: October 28, 2020      By: /s/ *James R. Conolly*
                                                 JAMES R. CONOLLY
                                                 Assistant United States Attorney

## **ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, the Court, having received, read, and considered the parties' stipulation, adopts the stipulation in its entirety as its order.  Defendnat's brief is due November 18, 2020; Government's brief is due November 25, 2020.

IT IS SO ORDERED.

Dated:  November 5, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE